IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jermaine Artis,**

       **Plaintiff,**                              Case No. 2:11-cv-321

       v.                                    **JUDGE GREGORY L. FROST**
                                                  **Magistrate Judge Kemp**

**Michael J. Astrue, Commissioner of
Social Security,**

       **Defendant.**

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 9, 2012.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The plaintiff's statement of errors is overruled.  This case is **DISMISSED**.  The Clerk shall enter judgment in favor of the Commissioner.

    **IT IS SO ORDERED.**

                                                      /s/ Gregory L. Frost
                                                  **GREGORY L. FROST
                                                  UNITED STATES DISTRICT JUDGE**